|   |   |
|---|---|
| | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Teri Blair, | ) | No. CV09-1761-PHX-SRB-DKD |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Viking Recovery Services, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 21, 2010, the Clerk entered default as to Defendant Viking Recovery Services. On March 11, 2010, Plaintiff filed a Motion for Default Judgment. On August 10, 2010 the Magistrate Judge filed a Report and Recommendation recommending that the Plaintiff's Motion for Default Judgment be granted in part and denied in part and that default judgment in the amount of $6,700.30 be awarded to Plaintiff.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED that the Clerk enter a Default Judgment in favor of Plaintiff and against Defendant for $1,000.00 in statutory damages, $5,275.00 in attorneys' fees and $425.30 in costs.

DATED this 2nd day of September, 2010.

_____
Susan R. Bolton
United States District Judge